**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

GWEN R.,[1]

               Plaintiff,

v.

FRANK BISIGNANO, Commissioner
of Social Security,

               Defendant.

Civil No. 25-3043 (JRT/LIB)

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

---

James H. Greeman, **GREEMAN TOOMEY**, 250 Second Avenue South, Suite 120, Minneapolis MN 55401, for Plaintiff; and

Ana H. Voss, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415; James D. Sides and Susan Joan Warren, **SOCIAL SECURITY ADMINISTRATION**, Office of the General Counsel, 6401 Security Boulevard, Baltimore, MD 21235 for Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Leo I. Brisbois dated July 7, 2026 (Docket No. [20]), along with all the files and records, and because no objections to the Report and Recommendation have been timely filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for relief (Docket No. [15]) is **DENIED**;

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the present Report and Recommendation.  Thus, when the Court refers to Plaintiff by her name only her first name and last initial are provided.

-2-

2.  Defendant's request for relief (Docket No. [19]) is **GRANTED;**

3.  The Commissioner's Decision is **AFFIRMED;**

4.  Plaintiff's Complaint (ECF No. [1]) is **DISMISSED WITH PREJUDICE.**

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

DATED: August 13, 2026
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge